UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | |
| REASSIGNMENT OF CASES | : |
| IN PREPARATION FOR THE RETIREMENT OF | Miscellaneous No. 24-3004 |
| THE HONORABLE MAGDELINE D. COLEMAN | : |
| | |
| | : |

___

NOTICE

AND NOW, this 1st day of April 2024, NOTICE is hereby given THAT:

All pending bankruptcy cases and adversary proceedings listed on the documents attached hereto as Exhibits are reassigned from the docket of Chief Judge Magdeline D. Coleman to the respective dockets of Judge Ashely M. Chan, and Judge Patricia M. Mayer.

On Behalf of the Court:

Timothy B. McGrath
Clerk, United States Bankruptcy Court